

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
### EL PASO

| | | |
|---|---|---|
| FERMIN GARZA, JR., | ) | |
| | ) | No. 08-13-00116-CV |
| Appellant, | ) | |
| | ) | Appeal from the 112th District Court |
| vs. | ) | |
| | ) | of Crockett County, Texas |
| ESTALFO VARGAS, ET UX. | ) | |
| | ) | (TC# 98-08-006120-CV) |
| Appellee. | ) | |

## O R D E R

The reporter's record in the above styled and numbered cause was originally due July 15, 2013, the courts on its own motion having granted a first extension of time until such date. As of this date the reporter's record has not been filed.

It is therefore ORDERED that the trial judge conduct a hearing to determine whether appellant has been deprived of a reporter's record for any reason, and to make appropriate findings and recommendations. The record of such hearing, including any orders and findings of the trial judge, shall be certified and forwarded to this office on or before August 24, 2013.

IT IS SO ORDERED this 24th day of July, 2013.


PER CURIAM

Before McClure, C.J., Rivera, and Rodriguez, JJ.